# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPENPRINT LLC, | § | |
| | § | Case No. 2:17-cv-682-JRG |
| v. | § | PATENT CASE |
| | § | |
| KONICA MINOLTA BUSINESS | § | |
| SOLUTIONS U.S.A., INC., | § | |

## JOINT MOTION TO ENTER DISCOVERY ORDER

Pursuant to the January 4, 2018 Scheduling Conference Order (Dkt. No. 17), in the above captioned case, Plaintiff OpenPrint LLC and Defendant Konica Minolta Business Solutions U.S.A., Inc. have met and conferred and hereby request that the Court enter the attached Proposed Discovery Order.

DATED February 15, 2018.                     Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**OPENPRINT LLC**

By: */s/ Steven J. Routh*
Steven J. Routh
Sten A. Jensen
**ORRICK, HERRINGTON &SUTCLIFFE LLP**
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400
(202) 339-8500 (fax)
srouth@orrick.com
sjensen@orrick.com
Eric H. Findlay (Texas Bar No. 00789886)
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137 (fax)
efindlay@findlaycraft.com

**COUNSEL FOR KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore